IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAULA POWELL and THOMAS POWELL, and LIBERTY MUTUAL INSURANCE COMPANY, a foreign corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV266 |
| v. | ) ) | |
| LINDSAY TRANSPORTATION, INC., a Nebraska corporation, and EUGENE McDERMOTT, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on defendants' motion to amend final progression order (Filing No. 20). The Court notes plaintiffs have no objection and finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; defendants shall have until May 1, 2007, to identify expert witnesses and serve plaintiffs with the reports regarding said witnesses. All other deadlines in the final progression order remain in full force and effect.

DATED this 26th day of February, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court