IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAULA POWELL and THOMAS POWELL, and LIBERTY MUTUAL INSURANCE COMPANY, a foreign corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV266 |
| v. | ) ) | |
| LINDSAY TRANSPORTATION, INC., a Nebraska corporation, and EUGENE McDERMOTT, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on defendants' motion to amend final progression order (Filing No. 25). The Court notes the parties have conferred concerning the deadline. Accordingly,

IT IS ORDERED that said motion is granted; the parties shall have until May 31, 2007, to take the depositions of two physicians in Portland, Oregon.

DATED this 21st day of May, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court