```
               IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF NEBRASKA

PAULA POWELL and THOMAS          )
POWELL, and LIBERTY MUTUAL       )
INSURANCE COMPANY, a foreign     )
corporation,                     )
                                 )
               Plaintiffs,       )            8:06CV266
                                 )
     v.                          )
                                 )
LINDSAY TRANSPORTATION, INC.,    )            ORDER
a Nebraska corporation, and      )
EUGENE McDERMOTT,                )
                                 )
               Defendants.       )
_____)
```

This matter is before the Court on plaintiffs' motion to amend final progression order (Filing No. 28). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that said motion is granted; discovery is extended to June 29, 2007.

DATED this 11th day of June, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court