IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PAULA POWELL and THOMAS        )
POWELL, and LIBERTY MUTUAL     )
INSURANCE COMPANY, a foreign   )
corporation,                   )
                               )
            Plaintiffs,        )         8:06CV266
                               )
       v.                      )
                               )
LINDSAY TRANSPORTATION, INC.,  )         ORDER
a Nebraska corporation, and    )
EUGENE McDERMOTT,              )
                               )
            Defendants.        )
_____)
```

       This matter is before the Court on defendants' motion to compel (Filing No. 26). The Court has been advised that counsel have resolved the dispute and that the motion is moot. Accordingly,

       IT IS ORDERED that said motion is denied as moot.

       DATED this 29th day of June, 2007.

       BY THE COURT:

       /s/ Lyle E. Strom
       _____
       LYLE E. STROM, Senior Judge
       United States District Court