IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

```
PAULA POWELL and THOMAS          )
POWELL, and LIBERTY MUTUAL       )
INSURANCE COMPANY, a foreign     )
corporation,                     )
                                 )
            Plaintiffs,          )         8:06CV266
                                 )
       v.                        )
                                 )
LINDSAY TRANSPORTATION, INC.,    )         ORDER
a Nebraska corporation, and      )
EUGENE McDERMOTT,                )
                                 )
            Defendants.          )
_____)
```

This matter is before the Court on defendants' motion in limine to exclude certain testimony of Stacy Agee (Filing No. 40), and defendants' motion to file under seal (Filing No. 48). The Court has reviewed the respective briefs and evidence offered by the parties and finds defendants' motion to exclude certain testimony of Stacy Agee should be granted. Defendants' motion to file under seal will be denied. Accordingly,

IT IS ORDERED:

1) Defendants' motion in limine is granted as to defendants' objection to any opinions of Stacy Agee as to the proximate cause of carpel tunnel syndrome she has diagnosed in Thomas Powell.

    2) Defendants' motion to file under seal is denied.

DATED this 1st day of August, 2007.

                      BY THE COURT:

                      /s/ Lyle E. Strom
                      _____
                      LYLE E. STROM, Senior Judge
                      United States District Court