IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAULA POWELL and THOMAS POWELL, and LIBERTY MUTUAL INSURANCE COMPANY, a foreign corporation, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 8:06CV266 |
| v. | ) ) | |
| LINDSAY TRANSPORTATION, INC., a Nebraska corporation, and EUGENE McDERMOTT, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the stipulation of the parties for dismissal with prejudice (Filing No. 54). Pursuant thereto,

IT IS ORDERED that the stipulation is approved and adopted; this action is dismissed with prejudice, each party to pay its own costs.

DATED this 30th day of August, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court